PER CURIAM.
Affirmed. See City of Miami Beach v. Wiesen, 86 So.2d 442, 444 (Fla.1956) (en banc); City of Miami Beach v. Lachman, 71 So.2d 148, 152 (Fla.1953), appeal dismissed, 348 U.S. 906, 75 S.Ct. 292, 99 L.Ed. 711 (1955); Town of Bay Harbor Islands v. Driggs, 522 So.2d 912, 914 (Fla. 3d DCA), review denied, 531 So.2d 1352 (Fla.1988); Machado v. Musgrove, 519 So.2d 629, 632 (Fla. 3d DCA 1987) (en banc), review denied, 529 So.2d 693, 694 (Fla.1988).